■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN ACEVEDO, Appellant. [767 NYS2d 808]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered September 7, 2000, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor's comments on summation constituted reversible error is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Brown,* 297 AD2d 819 [2002]), and, in any event, is without merit. The prosecutor's summation did not exceed the bounds of rhetorical comment permitted in closing arguments (*see People v Ashwal,* 39 NY2d 105, 109 [1976]), and was harmless under the circumstances (*see People v Crimmins,* 36 NY2d 230 [1975]; *People v Buehler,* 104 AD2d 1045 [1984]).

The defendant's remaining contention is without merit. Ritter, J.P., Florio, Smith and H. Miller, JJ., concur.